IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 20-cv-00470-CMA-NRN

FRED HERR,

    Plaintiff,

v.

BBVA USA,

    Defendant.

---

ORDER ADOPTING RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE N. REID NEUREITER

---

    This matter is before the Court on the July 8, 2020 Recommendation (Doc. # 37) by Magistrate Judge N. Reid Neureiter, wherein he recommends that Defendant's Motion to Dismiss (Doc. # 9) should be granted and Plaintiff's Motion to Remand (Doc. # 17) should be denied. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

    The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Doc. # 37 at 7–8.) Despite this advisement, no objections to Magistrate Judge Neureiter's Recommendation have been filed by either party.

    "[T]he district court is accorded considerable discretion with respect to the treatment of unchallenged magistrate reports. In the absence of timely objection, the

district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.")).

After reviewing the Recommendation of Magistrate Judge Neureiter, in addition to applicable portions of the record and relevant legal authority, the Court is satisfied that the Recommendation is sound and not clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a). Accordingly, the Court ORDERS as follows:

- The Report and Recommendation of United States Magistrate Judge Neureiter (Doc. # 37) is AFFIRMED and ADOPTED as an Order of this Court;

- Plaintiff's Motion to Remand (Doc. # 17) is DENIED;

- Defendant's Motion to Dismiss (Doc. # 9) is GRANTED;

- Plaintiff's claims are DISMISSED WITHOUT PREJUDICE for the reasons stated in the Recommendation. On or before **August 28, 2020**, Plaintiff shall file a motion for leave to amend, along with a proposed amended complaint. If Plaintiff fails to do so, his claims will be dismissed with prejudice.

DATED:  July 29, 2020

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge